## 36810 CROSS v. WALKER.

In that the judgment of the trial court adequately explains the decision, and in that this court agrees with the decision therein, judgment is hereby affirmed under Rule 59 (3).

*All the Justices concur.*

DECIDED OCTOBER 14, 1980 — REHEARING DENIED OCTOBER 30, 1980.

*E. Herman Warnock,* for appellant.
*Larsen, Lewis & Larsen, William Washington Larsen, Jr., Larry W. Dowdy,* for appellee.